UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR NESME, | Case No. 26-cv-02850 VKD (PR) |
| Plaintiff, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| EDWARD BORLA, et al., | |
| Defendants. | |
| CHRISTOPHER BRYAN MCKENZIE, | |
| Plaintiff, | Case No. 25-cv-02820 TLT (PR) |
| v. | |
| EDWARD BORLA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: April 6, 2026

Virginia K. DeMarchi
United States Magistrate Judge